# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Clifton J. Fowler, Jr.,
        Plaintiffs,

   v.                                    Case No. 1:11cv649
                                            (Litkovitz, MJ ; Consent Case)

US Bank N.A., et al.,
        Defendants.

## JUDGMENT IN A CIVIL CASE

**[ ]   JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]   DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Plaintiff's complaint is dismissed with prejudice.


Date: September 6, 2012

                                              John P. Hehman, Clerk of Court

                                        By:  s/Arthur Hill, deputy clerk